IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WILSON CONRAD | ) |
| | ) |
| v. | ) NO. 3:04-1155 |
| | ) JUDGE CAMPBELL |
| QUENTON WHITE | ) |

ORDER

Pending before the Court is Defendant's Pre-Answer Motion to Dismiss Complaint (Docket No. 8). For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE