# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

WILSON CONRAD,         )
                                       )

          Plaintiff,       )

                                       )

                                       )

vs.                            )   CASE NO. 3:04-1155
                                       )   MAGISTRATE JUDGE KNOWLES
                                       )   JURY DEMAND

                                       )

GEORGE LITTLE, Commissioner,   )
TENNESSEE DEPARTMENT OF      )
CORRECTION, Individually,         )

                                       )

         Defendant.     )

## ORDER

     Pending before the Court is Defendant's Motion for Summary Judgment.  Docket No. 38.

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion for

Summary Judgment (Docket No. 38) is DENIED.

     IT IS SO ORDERED.


_____
E. Clifton Knowles
United States Magistrate Judge